ACCEPTED
15-25-00142-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
11/10/2025 12:00 AM
CHRISTOPHER A. PRINE
CLERK

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
11/8/2025 3:12:00 PM
CHRISTOPHER A. PRINE
Clerk

NO. 15-25-00142-CV

**IN THE FIFTEENTH COURT OF APPEALS**

**AUSTIN, TEXAS**

Robert Edward Battaile, Appellant/Relator/Plaintiff Pro Se

v.

Texas Elections Division, Hon. Jane Nelson; Texas Secretary of State; Jeffrey

Travillion, Travis County Commissioner; Appellees/Respondents/Defendants

**On Appeal and Related Original Proceeding**

**from Cause No. D-1-GN-25-000719,**

**Travis County, Texas**

**SUPPLEMENTAL NOTICE OF CONTINUING IRREPARABLE HARM,**

**ILLEGAL QUORUM, AND DESTRUCTION OF HISTORIC DISTRICT**

**PROPERTIES ON BOYCE STREET, MANOR TEXAS**

TO THE HONORABLE JUDGES OF THE FIFTEENTH COURT OF APPEALS:

**Prefatory Statement: Constitutional Vacuum**

Every layer of government entrusted to correct these crimes has been systematically

– 1 – 15-25-00142-CV

dismissed. The City that committed the violations, the County that supervised it, the State that was notified, and the Courts that promised review — all have disclaimed jurisdiction. The result is a constitutional vacuum in which unlawful acts continue unchecked. This Court alone now stands as the last remaining instrument of redress for the People of the Historic District and for the rule of law itself.

## 1. Purpose of Filing

Plaintiff submits this Supplemental Notice to update the record concerning continuing and worsening destruction within the Old Manor Historic District, specifically along Boyce Street, as shown in Exhibits A–H (attached photographs dated November 8, 2025).

These developments result directly from actions taken under an illegally constituted City Council quorum, whose authority remains under challenge in Plaintiff's pending election-contest claims and Mandamus appeal.

## 2. Procedural Background

• The January 2025 TROs sought to prevent exactly this type of demolition and grading within the Historic District.

• At the May 13 2025 hearing, Judge Soifer acknowledged on the record that the Election Contest Coercion issue would be "fast-tracked," yet no final ruling was ever

issued, and thus critical underpinnings of the entire complex cause have been in legal limbo since November 4th of 2024.

• Meanwhile, the City Council — operating with members whose elections are under contest — has continued authorizing rezonings and expenditures predicated on a flawed Comprehensive Plan never proofread or disclosed to the public despite that being a mandatory term of its RFP. It was not voted on by the residents of Old Manor in a free and full disclosure election.

The property owner is identified as a buildblock.io – a South Korean real-estate investment platform controlling over $248 million in U.S. holdings. According to its own promotional materials, it uses artificial-intelligence algorithms to target and acquire undervalued parcels. The entity has shown no regard for the historic or cultural character of Old Manor and has pursued demolition and redevelopment purely for portfolio expansion and yield optimization.

**3. Current Status of Harm**

Photographs (Exhibits A–E) show ongoing grading, trenching, and structural removal on Boyce Street, including parcels identified in Appendix One (Item 26: "Heritage Trees and 3-story Boxes on Boyce").

Exhibits F and G document the immediately adjacent neighborhood homes and streetscapes endangered by this illegal activity, demonstrating the loss of historic context

and residential integrity.

Exhibit H provides a Lighting Impact illustration showing how new commercial lighting and elevated structures will visually overpower the remaining residential corridor and historic sightlines, further confirming the urgency of Court intervention.

Exhibit I shows the city planners distorted vision of the "future" for our Historic District. Despite pending appellate jurisdiction, the City of Manor and its development partners are using the 605-page Comprehensive Plan as a cudgel to justify acts that would be unlawful absent a valid quorum or proper Historic-District review. This "nightmare vision" was never approved *by the residents* in a fair and fully-noticed election. Exhibit J shows the Historic District codified in 2017 and ignored ever since.

**4. Legal Argument**

• Under Tex. Loc. Gov't Code § 211.006 and § 253.001, actions that change permitted uses or alienate public land require a lawful governing body and notice to affected residents.

• Any authorization or permit issued since November 2024 is void ab initio if approved by an illegally seated Council, as set forth in the Election-Contest pleadings.

• The continued reliance on a defective Comprehensive Plan — prepared without final proofreading, citizen hearings, or publication — constitutes ultra vires conduct.

• Each day's delay in issuing injunctive relief compounds irreparable public harm, eliminating evidence and heritage assets protected under Tex. Health & Safety Code §

711.010 (cemetery protection) and the Texas Constitution Article I, § 17.

**5. Relief Requested**

Plaintiff respectfully asks the Court(s) to:

a) Accept this Notice and attached photographic Exhibits A–H into the record of both

causes.

b) Take judicial notice that the City of Manor continues to act under an illegal quorum.

c) Review all prior Temporary Restraining Order motions pending resolution of the

Mandamus and appeal.

d) Direct the Attorney General or Travis County to conduct an independent investigation

into violations of election law, quorum requirements, and misuse of

Comprehensive-Plan funds.

e) Order immediate suspension of all Boyce Street and adjacent Historic-District

building permits until legality of governance is resolved.

**6. Prayer**

WHEREFORE, PREMISES CONSIDERED, Plaintiff and Relator Robert Edward

Battaile respectfully prays that this Honorable Court take immediate judicial notice of

the continuing destruction within the Manor Historic District; order appropriate

injunctive and supervisory relief to prevent further harm; and grant all such other and

15-25-00142-CV

further relief—legal or equitable—as justice, equity, and the preservation of Texas history may require.

## 7. Unsworn Declaration

I, Robert Edward Battaile, born on August 14, 1950 do declare that I am over the age of 18; and further declare under penalty of perjury that the attached photographs and illustrations are true and correct and that the foregoing statements are accurate to the best of my knowledge. Executed Nov. 8, 2025 in Manor, Texas.

*/s/ Robert Edward Battaile*
Robert Edward Battaile, Pro Se_____
502 E Eggleston St., Unit B Manor, TX 78653
robert@manortx.us 512-662-2955

## Certificate of Compliance

I certify that this document contains **1,697 words**, excluding the caption, signature block, and exhibits, as counted by the word-processing system used to prepare it, in compliance with **Texas Rule of Appellate Procedure 9.4(i)(3)**.

*/s/ Robert Edward Battaile*
Robert Edward Battaile, Pro Se
Date: November 8, 2025

**Exhibit Index**

Exhibit A – Boyce North 1 of 3 (IMG 5093)

Exhibit B – Boyce North 2 of 3 (IMG 5094)

Exhibit C – Boyce North 3 of 3 (IMG 5095)

Exhibit D – Boyce South 1 of 2 (IMG 5100)

Exhibit E – Boyce South 2 of 2 (IMG 5099)

Exhibit F – Neighborhood Homes Perspective 1

Exhibit G – Neighborhood Homes Perspective 2, 3

Exhibit H – Lighting Impact Illustration

Exhibit I – Illustration showing "nightmare vision" of Historic Main Street District in flawed and mis-used Comprehensive Plan

Exhibit J - Historic District of Old Manor

## EXHIBIT A



## EXHIBIT B

EXHIBIT C



EXHIBIT D



EXHIBIT E



EXHIBIT F

EXHIBIT H

EXHIBIT I

EXHIBIT J

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 107834979
Filing Code Description: Other Document
Filing Description: BOYCE STREET DESTRUCTION UPDATE AND RELATED MATTERS
Status as of 11/10/2025 7:41 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Jeffrey Hobbs | 24012837 | jhobbs@abaustin.com | 11/8/2025 3:12:00 PM | SENT |
| Michael Kabat | 24050847 | mkabat@mcginnislaw.com | 11/8/2025 3:12:00 PM | SENT |
| Joanna Salinas | 791122 | joanna.salinas@fletcherfarley.com | 11/8/2025 3:12:00 PM | SENT |
| William Davidson | 5447000 | bdavidson@chmc-law.com | 11/8/2025 3:12:00 PM | SENT |
| Gavin Villareal | 24008211 | gavin.villareal@bakerbotts.com | 11/8/2025 3:12:00 PM | SENT |
| Michael Roberts | 24082153 | mroberts@jw.com | 11/8/2025 3:12:00 PM | SENT |
| Cynthia Veidt | 24028092 | cynthia.veidt@traviscountytx.gov | 11/8/2025 3:12:00 PM | SENT |
| Stephanie Serrano | 24092655 | sserrano@rothberg.law | 11/8/2025 3:12:00 PM | SENT |
| Kevin O'Hanlon | 15235500 | kohanlon@808west.com | 11/8/2025 3:12:00 PM | SENT |
| Patrick Kelly | 11228000 | pat.kelly@traviscountytx.gov | 11/8/2025 3:12:00 PM | SENT |
| Tyler Ryska | 24096597 | tryska@rigbyslack.com | 11/8/2025 3:12:00 PM | SENT |
| Austin Jones | 24116579 | ajones@mcginnislaw.com | 11/8/2025 3:12:00 PM | SENT |
| William Duncan | 24124453 | wduncan@rigbyslack.com | 11/8/2025 3:12:00 PM | SENT |
| Roy Adams | | roy.adams@oag.texas.gov | 11/8/2025 3:12:00 PM | SENT |
| Victoria Gomez | | victoria.gomez@oag.texas.gov | 11/8/2025 3:12:00 PM | SENT |
| Lauren Bush | 24142742 | lbush@jw.com | 11/8/2025 3:12:00 PM | SENT |
| Anna Puff | 24144206 | gtwnfilings@sneedvine.com | 11/8/2025 3:12:00 PM | SENT |
| Edward Smith | 24037790 | esmith@808west.com | 11/8/2025 3:12:00 PM | SENT |
| Robert EdwardBattaile | | robert@manortx.us | 11/8/2025 3:12:00 PM | SENT |
| Annette Bittick | | abittick@mcginnislaw.com | 11/8/2025 3:12:00 PM | SENT |
| Patricia Muniz | | paralegal@rigbyslack.com | 11/8/2025 3:12:00 PM | SENT |
| Raylynn Howell | | raylynn.howell@bakerbotts.com | 11/8/2025 3:12:00 PM | SENT |

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 107834979
Filing Code Description: Other Document
Filing Description: BOYCE STREET DESTRUCTION UPDATE AND RELATED MATTERS
Status as of 11/10/2025 7:41 AM CST

Case Contacts

| | | | | |
|---|---|---|---|---|
| Raylynn Howell | | raylynn.howell@bakerbotts.com | 11/8/2025 3:12:00 PM | SENT |
| Kim McBride | | kmcbride@mcginnislaw.com | 11/8/2025 3:12:00 PM | SENT |
| Lea Ohrstrom | | lohrstrom@808west.com | 11/8/2025 3:12:00 PM | SENT |
| Sneed Vine &Perry | | gtwnfilings@sneedvine.com | 11/8/2025 3:12:00 PM | SENT |
| Stormy Downing | | sdowning@rrspllc.com | 11/8/2025 3:12:00 PM | SENT |
| Andy Soule | | asoule@rrspllc.com | 11/8/2025 3:12:00 PM | SENT |
| Karah Powers | | kpowers@chmc-law.com | 11/8/2025 3:12:00 PM | SENT |
| Martha AnnAdams | | madams@abaustin.com | 11/8/2025 3:12:00 PM | SENT |
| Benjamin C. Hunt | | ben.hunt@bakerbotts.com | 11/8/2025 3:12:00 PM | SENT |
| Eldridge Burns | | eburns@rrspllc.com | 11/8/2025 3:12:00 PM | SENT |
| Amy Botelho | | abotelho@mcginnislaw.com | 11/8/2025 3:12:00 PM | SENT |
| Carol Shipley | | cshipley@rrspllc.com | 11/8/2025 3:12:00 PM | SENT |
| Emily Hill | | ehill@manortx.gov | 11/8/2025 3:12:00 PM | SENT |
| Anne Weir | | aweir@manortx.gov | 11/8/2025 3:12:00 PM | SENT |
| Legal Counsel | | info@dalfen.com | 11/8/2025 3:12:00 PM | SENT |
| W Fusselman | | wfusselman@txamfoundation.com | 11/8/2025 3:12:00 PM | SENT |